JOSEPH P. BARTRAM and RENSSELAER W. BARTRAM, as Executors, etc., of ELEANOR C. BARTRAM, Deceased, Former Trustee, and JOSEPH P. BARTRAM, Substituted Trustee, etc., Respondents, v. HOWARD P. BARTRAM, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley and Untermyer, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of BARTOLOMEO MERLLO, as Administrator, etc., of FRANCISCO MERLLO, Deceased, Appellant. PRISCO FUNIGIELLO, as Administrator, etc., of FILOMENA FUNIGIELLO, Deceased, Respondent.— Order affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

HARRY SHERMAN, as President of the Moving Picture Machine Operators Union, Local 306 of International Alliance of Theatrical Stage Employees and Moving Picture Operators of the United States and Canada, a Voluntary Association of More Than Seven Persons, and BARNEY T. WEINER, Respondents, v. ARTHUR ABELES and Others, Defendants, Impleaded with INDEPENDENT THEATRE OWNERS ASSOCIATION, INC., and Others, Appellants, Respondents.— Order affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

MAX WEINBLATT, Respondent, v. SUTTER AUTO FUNERAL SERVICE, INC., and Others, Defendants, Impleaded with YELLOW TAXI CORPORATION, Appellant.— Orders reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

DUFFY BROS., INC., v. BING & BING, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

BENJAMIN B. WESLEY v. ETHEL BELLE DRAKE, Formerly Known as ETHEL BELLE COLEY and ETHEL BELLE KAUPP.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

GEORGE S. VAN SCHAICK, etc., and Another v. REX NOVELTY WORKS, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THE CROWELL CORPORATION v. BAUGH AND SONS COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

ROBERT F. WAGNER, as Receiver, etc., and LINCOLN FORTY-SECOND STREET CORPORATION v. THE C. P. N. REALTY CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

ARTCRAFT PICTURE FRAME CO., INC., and MAX ROTHENBERG v. HARTFORD FIRE INSURANCE COMPANY and Others, and PAULINE BENYOVITZ and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals